IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARITZA M. ELLIS,

    Petitioner,

v.                                      CASE NO. 4:06-cv-00055-MP-WCS

DEPARTMENT OF STATE, et al.,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 10, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice for failure to obey a court order. The Magistrate Judge filed the Report and Recommendation on Wednesday, May 3, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is dismissed without prejudice.

    **DONE AND ORDERED** this   *2nd* day of June, 2006

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge